## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | **MAGISTRATE NO. 24-mj-124** |
| | : | |
| **MATTHEW MATULICH,** | : | **VIOLATIONS:** |
| | : | 18 U.S.C. § 641 |
| Defendant. | : | (Theft of Government Property) |

### I N F O R M A T I O N

The United States Attorney charges that:

### COUNT ONE

On or about January 6, 2021, within the District of Columbia, **MATTHEW MATULICH** did embezzle, steal, purloin, knowingly convert to his use and the use of another, and without authority, sold, conveyed and disposed of any record, voucher, money and thing of value of the United States and any department and agency thereof, that is, a United States flag and flagpole, which have a combined value of less than $1000.

(**Theft of Government Property**, in violation of Title 18, United States Code, Section 641)

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052


By:    */s/ Monika (Isia ) Jasiewicz*
Monika (Isia) Jasiewicz
D.C. Bar No. 102491
Assistant United States Attorney
District of Columbia
601 D Street, N.W.
Washington, DC 20530